**FILED**

APR 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| JAMES LI, | No. 05-56833 |
| --- | --- |
| Plaintiff - Appellant, | DC # CV-00-12724-RMT<br>Central California |
| v. | |
| COUNTY OF LOS ANGELES; et al., | ORDER |
| Defendants - Appellees. | |



RECEIVED
CLERK U.S DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges

The petition for panel rehearing is denied.

DOCKETED ON CM

APR 24 2007

BY _____